## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** * <br> **Plaintiff** * <br> * <br> v.s. * <br> * <br> **EDWIN SANTIAGO-PAGAN** * <br> **AKA: "Chivito"** * <br> **Defendant** * <br> * * * * * * * * * * * * | **Case Number: 03:99CR125-045 (JAF)** |

### ORDER

Upon a petition of SANDRA VELEZ-GARCIA, U.S. Probation Officer of this Court, alleging that releasee, Edwin Santiago-Pagán, has failed to comply with the conditions of his supervised release term.

It is ORDERED that releasee appear before this Court on _____ 2008, at _____, for a hearing to show cause, if there be any, why his supervised release term on the above-entitled case should not be revoked; thereupon he to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk will issue the corresponding summons to the releasee, Edwin Santiago-Pagán, and notify counsel for releasee and for the government with copy of this Order.

IT IS SO ORDERED

In San Juan, Puerto Rico, this ___ day of _____ 2008.

_____
**U.S. DISTRICT JUDGE**

Case 3:99-cr-00125-JAF   Document 1538-2   Filed 05/09/2008   Page 2 of 2