**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**

    **vs.**          **Case No.: 03:99CR125-045 (JAF)**

**EDWIN SANTIAGO-PAGAN
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION IN RESPONSE TO COURT ORDER
MOTION TO RELEASE FROM CUSTODY**

**TO THE HONORABLE JOSE A. FUSTE
CHIEF U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

  **COMES NOW, SANDRA VELEZ-GARCIA, U.S. PROBATION OFFICER** of this Honorable Court, and respectfully responds to the motion filed by Mr. Santiago-Pagán requesting to be released from custody.

  Mr. Santiago-Pagán commenced his term of supervised release on July 23, 2004, and since the onset of supervision, he has been in compliance with his conditions for most of the term. Mr. Santiago-Pagán has maintained stable employment and residence, and is in care of two of his children, who live with him.

  Mr. Santiago-Pagán was notified of the arrest warrant issued for his arrest, and he voluntarily surrendered. As such, Mr. Santiago-Pagán should not represent a risk of flight.

**WHEREFORE,** after having considered all the facts on this case, the U.S. Probation Office have no objections to Mr. Santiago-Pagán's petition to be released from custody, under the same conditions of supervised release, awaiting the final revocation hearing.

In San Juan, Puerto Rico, this 10th, day of June 2008.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


*S/Sandra Vélez-García*
Sandra Vélez-García
U.S. Probation Officer
Federal Office Bldg. Room 400
150 Chardón Avenue
San Juan, PR 00918-1741
Tel. 787- 281-4911
Fax: 787-766-5945
E-mail: sandra_velez@prp.uscourts.gov

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 10th, 2008, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECR system which will send notification of such filing to the following:

U.S. Attorney, Torre Chardón, Suite 1201, #350 Carlos Chardón Ave., San Juan, PR 00918 and Federal Public Defender, 241 F.D. Roosevelt, El Patio Gallery Bldg., San Juan, PR.

In San Juan, Puerto Rico, June 10th, 2008.

S/Sandra Vélez-García
Sandra Vélez García
U.S. Probation Officer
Federal Office Bldg. Room 400
150 Chardón Avenue
San Juan, PR 00918-1741
Tel. 787- 281-4911
Fax: 787-766-5945
E-mail: sandra_velez@prp.uscourts.gov