AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE     DISTRICT OF     PUERTO RICO

**UNITED STATES OF AMERICA,**           **APPEARANCE**

        **v.**           CRIMINAL NUMBER: 99-125(JAF)

**EDWIN SANTIAGO-PAGAN**

To the Clerk of this court and all parties of record:

     Enter my appearance as LEAD COUNSEL in this case for the United States of America.

June 27, 2008           s/ *Timothy R. Henwood*
*Date*           *Signature*

          TIMOTHY R. HENDWOOD, Bar Id: 218608
          *Print Name*

          Room 1201, Torre Chardon,
          350 Carlos Chardon Street
          San Juan, Puerto Rico 00918
          Address

          (787) 766-5656
          Phone Number

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date June 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the attorneys of record.

                                              *s/ Timothy R. Henwood*
                                              TIMOTHY R. HENWOOD, AUSA
                                              Torre Chardón, Suite 1201
                                              350 Carlos Chardón Avenue
                                              San Juan, Puerto Rico 00918
                                              (787) 766-5656